ORDERED UNSEALED on 1/27/2023 sjt


FILED
Jan 20 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ gloriav   DEPUTY

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEJANDRO MARTINEZ,<br>  aka Alex,<br><br>        Defendant. | Case No. '23 CR0110 JM<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C.,<br>Secs. 2261A(2)(B) and 2261(b)(5) - Cyberstalking; Title 18, U.S.C., Sec. 875(c) - Threatening Interstate Communications |

The grand jury charges:

Count 1
(Cyberstalking)

From a date unknown to the grand jury, but no later than on or about July 1, 2022 to on or about December 14, 2022, within the Southern District of California, and elsewhere, defendant ALEJANDRO MARTINEZ, aka Alex, with the intent to harass and intimidate Victim A, used interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and facilities of interstate and foreign commerce- namely cellular telephone networks, interstate wires, the Internet, Apple iMessage, Google Gmail, Google Voice Messenger, and WhatsApp Messenger- to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim A; in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2261(b)(5).

JSGR:AFF:nlv:San Diego:1/20/23

Count 2
(Threatening Interstate Communications)

On or about July 22, 2022, within the Southern District of California, and elsewhere, defendant ALEJANDRO MARTINEZ, aka Alex, did transmit in interstate and foreign commerce communications over Apple iMessage containing threats to injure Victim A; in violation of Title 18, United States Code, Section 875(c).

DATED: January 20, 2023.

RANDY S. GROSSMAN
United States Attorney

By: *[signature]*
JOSEPH GREEN
ALEXANDRA F. FOSTER
Assistant U.S. Attorneys

2